IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE M ELLIOTT and SCOTT M. ELLIOTT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-03975 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON FIRST AMERICAN TITLE COMPANY'S MOTION TO DISMISS** |

　　　This matter is set for a hearing on January 14, 2011 on Defendant First American Title Company's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 12, 2010 and a reply brief shall be filed by no later than November 19, 2010.

　　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　　**IT IS SO ORDERED.**

Dated: October 28, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE