IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE M ELLIOTT and SCOTT M. ELLIOTT,<br><br>         Plaintiffs,<br><br>   v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., ET AL.,<br><br>         Defendants. | No. C 10-03975 JSW<br><br>**SECOND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

This matter is set for a hearing on February 4, 2011 on Defendant First American Title Company's motion to dismiss and Defendant Sand Canyon Corporation's motion to dismiss the first amended complaint. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than December 23, 2010 and reply briefs shall be filed by no later than December 30, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 9, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE