IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YVONNE M ELLIOTT and SCOTT M. ELLIOTT,

    Plaintiffs,

v.

AMERICAN HOME MORTGAGE SERVICING, INC., ET AL.,

    Defendants.
_____/

No. C 10-03975 JSW

**THIRD ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S AND POWER DEFAULT SERVICES, INC.'S MOTION TO DISMISS**

    This matter is set for a hearing on February 4, 2011 on Defendants American Home Mortgage Servicing Inc.'s and Power Default Services, Inc.'s motion to dismiss the first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 27, 2010 and a reply brief shall be filed by no later than January 3, 2011.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 13, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE