| | |
|---|---|
| 1 | **Matlock Law Group, P.C.** |
| 2 | K. Brian Matlock (SBN 243812) |
|   | Anne-Leith W. Matlock (SBN 244351) |
| 3 | Patrick Perkins (SBN 163740) |
|   | 1485 Treat Blvd., Suite 200 |
| 4 | Walnut Creek, CA 94597 |
|   | Telephone: 925.944.7131 |
| 5 | Facsimile: 925.944.7138 |
| 6 | Attorneys for Plaintiffs, |
| 7 | SCOTT M. ELLIOTT, YVONNE M. ELLIOTT |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE M ELLIOTT, ET AL. | **CASE NO.: 10-03975-JSW** |
| PlaintiffS, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC., ET AL. | |
| Defendants. | |

It is hereby stipulated by and between Plaintiffs, YVONNE M. ELLIOTT AND SCOTT M ELLIOTT, and Defendants AMERICAN HOME MORTGAGE SERVICING, INC, SAN CANYON CORPORATION F/K/A OPTION ONE MORTGAGE CORPORATION, POWER DEFAULT SERVICES, INC., and FIRST AMERICAN TITLE COMPANY that it is in the best interest of all parties to continue the Case Management Conference, which is currently scheduled for January 21, 2011, at 1:30pm, for at least 60 days. It would be wasteful of the Court's and the parties' time and resources to have a Case Management Conference prior to the Motion-to-Dismiss hearing on February 4, 2011. A continuance until the sufficiency of Plaintiffs' claims are determined would also further judicial efficiency and save costs and fees for all parties involved.

| | | |
|---|---|---|
| 1 | DATED: January 10, 2011 | MATLOCK LAW GROUP, P.C. |
| 2 | | By: /s/ Anne-Leith Matlock, SBN 244351 |
| 3 | | ANNE-LEITH MATLOCK, SBN 244351 |
| | | Matlock Law Group, P.C. |
| 4 | | Attorneys for Plaintiffs |

DATED: January 10, 2011        PERKINS COIE LLP

By: /s/ Joren S. Bass, SBN 208143
    JOREN S. BASS, SBN 208143
    Perkins Coie LLP
    Attorneys for American Home Mortgage
    Servicing, Inc. and Power Default Services, Inc.

DATED: January 7, 2011         JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Michael J. Hassen, SBN 124823
    MICHAEL J. HASSEN, SBN 124823
    Jeffer Mangels Butler & Mitchell LLP
    Attorneys for Sand Canyon Corporation

DATED: January 10, 2011        STEYER LOWENTHAL BOODROOKAS ALVAREZ
                               & SMITH, LLP

By: /s/ Jayne A. Peeters, SBN 208143
    JAYNE A. PEETERS, SBN108052
    Steyer Lowenthal Boodrookas Alvarez & Smith, LLP
    Attorneys for First American Title Company

**IT IS SO ORDERED.** The January 21, 2011 Case Management Conference is continued and rescheduled for __March 25_____, 2011.

DATED:____January 11_____, 2011        _____
                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE